IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **DEXTER G. LEWIS,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION FILE<br>: 1:04-cv-40(RLH) |
| **RICKY HANES, ABL Management Inc., Food Service Coordinator, DAN HAGGERTY[1], Major of Administration, JAMIL SABA, Sheriff, Dougherty Co.,** | : |
| **Defendants.** | : |

**O R D E R**

This is a § 1983 action brought by an inmate at the Dougherty County Jail who complains that the food he is given at the jail is inadequate in quantity and nutritional quality and that as a result of this he has suffered a significant weight loss. All parties have heretofore consented to the undersigned United States Magistrate Judge conducting any and all proceedings in connection with this action including but not limited to, the trial of said case and the ordering of the entry of judgment herein.

Presently pending herein is yet another motion by plaintiff styled "Petition for Access to Research Materials." As filed this motion makes absolutely no sense and is therefore **DENIED** without prejudice to his rights to re-file this motion consistent with the following instructions. In viewing the first page of plaintiff's motion, the number "1" appears in a circle in the upper right corner of the page. In viewing what purports to be the second and final page of this motion the

---

[1]Incorrectly identified by plaintiff as Dane Hagger

number "4" appears in the upper right corner of the page.  A reading of plaintiff's motion leads one to conclude that pages "2" and "3" did not get filed as it appears obvious that the bottom of the first page and the top of the following page when read together do not got together.  Accordingly, plaintiff may re-file this motion including all pages if he wishes.

    SO ORDERED, this 25th  day of August 25, 2005.

                                            /s/ Richard L. Hodge
                                            RICHARD L. HODGE
                                            UNITED STATES MAGISTRATE JUDGE